UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Shelby Davis**, as Next Friend of **E.D.**, a minor,

    Plaintiff,

v.

**Bay Regional Medical Center**, d/b/a **McLaren Bay Region**, and **Sheri Block, R.N.**, Jointly and Severally,

    Defendants.

Civil No. 17-13611

Honorable Bernard A. Friedman
Mag. Judge Patricia T. Morris

### STIPULATION FOR DISMISSAL WITH PREJUDICE

    **NOW COME** the parties hereto, by and through their respective counsel, and **STIPULATE AND AGREE** that this cause of action shall be dismissed as to Defendants, **Bay Regional Medical Center**, d/b/a **McLaren Bay Region**, and **Sheri Block, R.N.**, with prejudice and without an award of fees and/or costs to either party.

Dated: 10/21/21

s/Robert M. Giroux
Robert M. Giroux (P-47966)
Attorney for Plaintiff

Dated: 10/25/21

s/J. Brian MacDonald
J. Brian MacDonald (P-25887)
Attorney for Defendants McLaren & Block

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Shelby Davis**, as Next Friend of **E.D.**, a minor,

    Plaintiff,

v.

**Bay Regional Medical Center**, d/b/a **McLaren Bay Region**, and **Sheri Block, R.N.**, Jointly and Severally,

    Defendants.

Civil No. 17-13611

Honorable Bernard A. Friedman
Mag. Judge Patricia T. Morris

### ORDER OF DISMISSAL WITH PREJUDICE

The court being fully advised in the premises, and having reviewed the above Stipulation for Dismissal with Prejudice signed by the parties;

**IT IS HEREBY ORDERED** that this cause of action be dismissed as to Defendants, **Bay Regional Medical Center**, d/b/a **McLaren Bay Region**, and **Sheri Block, R.N.**, with prejudice, and without an award of fees and/or costs to either party. **This Order resolves the last pending claim and closes the case.**

Dated: November 22, 2021
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge